B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R&S Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**61-1330239** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1133 B Carter Avenue**<br>**Ashland, KY**<br>ZIP Code **41101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Boyd** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **R&S Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): <br> **R&S Enterprises, Inc.** |
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** **/s/ Dean A. Langdon**
Signature of Attorney for Debtor(s)

**Dean A. Langdon**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**June 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kuburatu A. Blunk**
Signature of Authorized Individual

**Kuburatu A. Blunk**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 16, 2011**
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **R&S Enterprises, Inc.**                                                                Case No.

Debtor(s)                                                                                       Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Brunswick Bowling & Billiards**<br>**c/o Don A. Pisacano**<br>**600 Security Trust Building**<br>**271 West Short Street**<br>**Lexington, KY 40507** | **Brunswick Bowling & Billiards**<br>**c/o Don A. Pisacano**<br>**600 Security Trust Building**<br>**Lexington, KY 40507**<br>**859-255-6676** | **Judgment** | **Disputed** | **429,000.00**<br><br>**(0.00 secured)** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**502-566-2941** | **Tax lien** | | **236,000.00** |
| **A&R Plumbing Systems, Inc.**<br>**c/o Ralph T. McDermott, Esq.**<br>**P O Box 568**<br>**Ashland, KY 41105-0568** | **A&R Plumbing Systems, Inc.**<br>**c/o Ralph T. McDermott, Esq.**<br>**P O Box 568**<br>**Ashland, KY 41105-0568** | **Trade debt** | **Disputed** | **25,000.00** |
| **City of Ashland**<br>**P O Box 1839**<br>**Ashland, KY 41105** | **City of Ashland**<br>**P O Box 1839**<br>**Ashland, KY 41105**<br>**606-327-2001** | **Taxes due - property tax and licensing taxes** | | **16,309.00** |
| **Aero-Fab, Inc.**<br>**Attn:  Jeff Maynard**<br>**P O Box 3088**<br>**Huntington, WV 25702** | **Aero-Fab, Inc.**<br>**Attn:  Jeff Maynard**<br>**P O Box 3088**<br>**Huntington, WV 25702**<br>**304-539-0322** | **Hood installations** | | **14,800.00** |
| **Tanner Stone & Company**<br>**1010 Coles Blvd.**<br>**Portsmouth, OH 45662** | **Tanner Stone & Company**<br>**1010 Coles Blvd.**<br>**Portsmouth, OH 45662** | **Architectural services** | | **13,802.50** |
| **Kentucky Power Company**<br>**P O Box 24401**<br>**Canton, OH 44701-4401** | **Kentucky Power Company**<br>**P O Box 24401**<br>**Canton, OH 44701-4401** | **Utility services** | | **7,600.00** |
| **Andrews, Tackett & Edmonds, PSC**<br>**P O Box 832**<br>**Flatwoods, KY 41139** | **Andrews, Tackett & Edmonds, PSC**<br>**P O Box 832**<br>**Flatwoods, KY 41139**<br>**606-836-5335** | **Accounting services** | | **1,945.66** |
| **Columbia Gas of Kentucky**<br>**P O Box 742523**<br>**Cincinnati, OH 45274-2523** | **Columbia Gas of Kentucky**<br>**P O Box 742523**<br>**Cincinnati, OH 45274-2523**<br>**800-432-9345** | **Utility services** | | **589.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **R&S Enterprises, Inc.**  _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Frye, Michael A. Esq.**<br>P O Box 411<br>Russell, KY 41169 | **Frye, Michael A. Esq.**<br>P O Box 411<br>Russell, KY 41169 | **Legal services rendered** | | **511.70** |
| **All Tech Services**<br>P O Box 411<br>404 Ferry Street<br>Greenup, KY 41144 | **All Tech Services**<br>P O Box 411<br>404 Ferry Street<br>Greenup, KY 41144 | **Dumpster services** | | **367.66** |
| **Boyd County Sheriff**<br>P O Box 558<br>Catlettsburg, KY 41129 | **Boyd County Sheriff**<br>P O Box 558<br>Catlettsburg, KY 41129<br>606-739-5135 | **Property taxes due** | | **Unknown** |
| **Chase Bank**<br>1000 5th Avenue<br>Huntington, WV 25701 | **Chase Bank**<br>1000 5th Avenue<br>Huntington, WV 25701 | **Unsecured loan** | | **Unknown** |
| **City of Ashland**<br>P O Box 1839<br>Ashland, KY 41105-1839 | **City of Ashland**<br>P O Box 1839<br>Ashland, KY 41105-1839 | **Water services** | | **Unknown** |
| **Crisp, Charles R.**<br>P O Box 21<br>Ironton, OH 45638 | **Crisp, Charles R.**<br>P O Box 21<br>Ironton, OH 45638 | **Personal injury claim** | **Contingent<br>Unliquidated<br>Disputed** | **Unknown** |
| **Division of Unemployment Insurance**<br>Ed. Cabinet - Office of Legal Services<br>Attn: Amy Howard<br>500 Mero St, Third Floor<br>Frankfort, KY 40601 | **Division of Unemployment Insurance**<br>Ed. Cabinet - Office of Legal Services<br>Attn: Amy Howard<br>Frankfort, KY 40601<br>502-564-2900 | **State Unemployment Taxes** | | **Unknown** |
| **Kentucky Dept. of Revenue**<br>Legal Branch - Bankruptcy Section<br>P O Box 5222<br>Frankfort, KY 40602 | **Kentucky Dept. of Revenue**<br>Legal Branch - Bankruptcy Section<br>P O Box 5222<br>Frankfort, KY 40602<br>502-564-4921 | **State Taxes - sales and use tax, withholding taxes** | | **Unknown** |
| **Ohio Treasurer of State**<br>30 E. Broad St.<br>9th Floor<br>Columbus, OH 43215-3461 | **Ohio Treasurer of State**<br>30 E. Broad St.<br>9th Floor<br>Columbus, OH 43215-3461<br>614-466-2160 | **Taxes due** | | **Unknown** |
| **Windstream KY East LLC**<br>Attn Support Services<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | **Windstream KY East LLC**<br>Attn Support Services<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | **Phone services** | | **Unknown** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **R&S Enterprises, Inc.**                                              Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 16, 2011**                     Signature   **/s/ Kuburatu A. Blunk**
                                                        **Kuburatu A. Blunk**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **R&S Enterprises, Inc.**   ,   Case No. _____

Debtor

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kuburatu A. Blunk**<br>**2830 Oakwood Ct.**<br>**Flatwoods, KY 41139** | | | **50%** |
| **Margaret Ng-Cadlaon MD**<br>**2860 Oakwood Ct.**<br>**Flatwoods, KY 41139** | | | **50%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 16, 2011**                            Signature   **/s/ Kuburatu A. Blunk**
                                                                              **Kuburatu A. Blunk**
                                                                              **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **R&S Enterprises, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **4** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **June 16, 2011**

/s/ Kuburatu A. Blunk  
**Kuburatu A. Blunk**/**President**  
Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **4** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **June 16, 2011**

/s/ Dean A. Langdon  
Signature of Attorney  
**Dean A. Langdon**  
**DelCotto Law Group PLLC**  
**200 North Upper Street**  
**Lexington, KY 40507-1017**  
**(859) 231-5800   Fax: (859) 281-1179**

A&R Plumbing Systems, Inc.
c/o Ralph T. McDermott, Esq.
P O Box 568
Ashland KY 41105-0568


Aero-Fab, Inc.
Attn: Jeff Maynard
P O Box 3088
Huntington WV 25702


All Tech Services
P O Box 411
404 Ferry Street
Greenup KY 41144


Andrews, Tackett & Edmonds, PSC
P O Box 832
Flatwoods KY 41139


Ayoxx, Inc.
1133 B Carter Avenue
Ashland KY 41101


Blunk, Kuburatu A.
Blunk, Thomas R.
2830 Oakwood Ct.
Flatwoods KY 41139


Boyd County Sheriff
P O Box 558
Catlettsburg KY 41129


Brunswick Bowling & Billiards
c/o Don A. Pisacano
600 Security Trust Building
271 West Short Street
Lexington KY 40507


Chase Bank
1000 5th Avenue
Huntington WV 25701

Ciena Capital, LLC
fka Business Loan Express
Attn: Roger Cleveland VP
212 South Tyron St., Suite 1560
Charlotte NC 28281


City of Ashland
P O Box 1839
Ashland KY 41105-1839


Columbia Gas of Kentucky
P O Box 742523
Cincinnati OH 45274-2523


Crisp, Charles R.
P O Box 21
Ironton OH 45638


Davies, Lucas A.
2945 Dale St.
Ashland KY 41101


Dickess, Willie E.
2101 R North Second St.
Ironton OH 45638


Division of Unemployment Insurance
Ed. Cabinet – Office of Legal Services
Attn: Amy Howard
500 Mero St, Third Floor
Frankfort KY 40601


Frye, Michael A. Esq.
P O Box 411
Russell KY 41169


Glenda Granville
IRS
1500 Leestown Rd. Room 220
Lexington KY 40511


Gose, Gregory D.
2023 Summitt St.
Ashland KY 41101

Gue, Bruce G.
612 1/2 Poplar Street
Kenova WV 25530


Gullett, Michelle D.
12012 Midland Trail
Ashland KY 41102


Hensley, Bob G.
1602 Fourmile Road
Grayson KY 41143


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602


Kentucky Power Company
P O Box 24401
Canton OH 44701-4401


King, Ronald D.
1628 Beech St. #2
Ashland KY 41101


Michael J. Curtis, Esq.
P O Box 1455
Ashland KY 41105


Ng-Cadlaon, Margaret MD
Cadlaon, Christopher
2860 Oakwood Ct.
Flatwoods KY 41139


Ohio Treasurer of State
30 E. Broad St.
9th Floor
Columbus OH 43215-3461

```
Shola's Holding Company, Inc.
2830 Oakwood Court
Flatwoods KY 41139


Stephanie Creekmore
1030 Cumberland Falls Hwy
Corbin KY 40701


Tanner Stone & Company
1010 Coles Blvd.
Portsmouth OH 45662


Windstream KY East LLC
Attn Support Services
1720 Galleria Blvd.
Charlotte NC 28270


Wolfe, Natalia E.
2607 Main St.
Ashland KY 41101
```